UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CLANCE ROBERT LLOYD, JR.** | **CASE NO. 6:20-CV-00694** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons provided in the Report and Recommendation submitted by the Magistrate Judge, as modified in the Court's Ruling issued this date, and after an independent review of the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 4th day of April, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE